IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEITHROLLIN THOMPSON | : | CIVIL ACTION |
| | : | |
| v. | : | No. 20-756 |
| | : | |
| SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY | : : | |

# **ORDER**

AND NOW, this 16th day of November, 2020, upon consideration of Defendant Southeastern Pennsylvania Transportation Authority's (SEPTA) Motion to Dismiss, Plaintiff Keithrollin Thompson's response, and SEPTA's reply, and for the reasons stated in the accompanying Memorandum, it is ORDERED the Motion (Document 13) is GRANTED. Thompson's Second Amended Complaint (Document 12) is DISMISSED without prejudice pursuant to Federal Rule of Civil Procedure 12(b)(6).

Thompson shall have until December 16, 2020, to file an amended complaint correcting the pleading deficiencies identified in the accompanying Memorandum. Failure to file an amended complaint within the time permitted may result in dismissal of this case with prejudice.

BY THE COURT:

　/s/  Juan R. Sánchez
Juan R. Sánchez, C.J.